# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PATRICK BERGSRUD,

    Plaintiff,

vs.

BANK OF AMERICA, N.A., as Successor by merger to BAC HOME LOANS SERVICING, *et al.*,

    Defendants.

Case No. 2:14-cv-01592-RFB-GWF

**ORDER**

This matter is before the Court on the parties' Stipulated Discovery Plan and Scheduling Order (First Request) (#27), filed May 7, 2015. Upon review and consideration,

**IT IS HEREBY ORDERED** that the Stipulated Discovery Plan and Scheduling Order (First Request) (#27) is **denied**, without prejudice. The stipulation does not comply with LR 26-4. Applications to extend any date set by the discovery plan must be supported by a showing of good cause for the extension. Any motion or stipulation to extend shall include: a statement specifying the discovery completed; a specific description of the discovery that remains to be completed; the reasons why discovery remaining was not completed within the time limits set by the discovery plan; and a proposed schedule for completing all remaining discovery. The parties are ordered to file a proposed stipulation extending discovery deadlines that complies with the requirements of LR 26-4 within seven (7) days of this order.

DATED this 8th day of May, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge