DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No.12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Recontrust Company, N.A.
and Bank of America, N.A.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK BERGSRUD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. as Successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP; SAXON MORTGAGE CO., a Foreign Corporation; RECONTRUST CO., a Foreign Corporation; OCWEN FINANCIAL CORPORATION, a Financial Corporation; DOES 1-X; ROES 1-X Corporations,<br><br>Defendants. | Case No. 2:14-cv-01592-RFB-GWF<br><br>Honorable Richard F. Boulware, II<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant Bank of America, N.A. as Successor by Merger to BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing LP consents to the substitution of Darren T. Brenner, Esq.

. . .

. . .

. . .

. . .

. . .

{36302479;1}

and Matthew I. Knepper, Esq. of AKERMAN LLP in the place and stead of HOUSER & ALLISON, APC in the above-entitled matter.

DATED this __5__ day of October, 2015.

BANK OF AMERICA, N.A. AS SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP

By: Jamie Cooper  *Jamie Cooper*
Its: AVP Operations Team Manager

Date: October 5, 2015

{36302479;1}

2

Shawn L. Walkenshaw, Esq. of HOUSER & ALLISON, APC consents to the substitution of Darren T. Brenner, Esq., and Matthew I. Knepper, Esq. of the law firm AKERMAN LLP as counsel of record in his place and stead on behalf of Bank of America, N.A.

DATED this 5th day of October, 2015.

HOUSER & ALLISON, APC

_____
SHAWN L. WALKENSHAW, ESQ.
Nevada Bar No. 13274
3595 S. Town Center Drive, Suite 105
Las Vegas, NV 89135

Darren T. Brenner, Esq., and Mathew I. Knepper, Esq. of the law firm AKERMAN LLP, consent to their substitution as counsel of record for Bank of America, N.A. in the place and stead of Shawn L. Walkenshaw, Esq. of HOUSER & ALLISON, APC.

DATED this 2ND day of October, 2015.

AKERMAN LLP

_____
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Defendants Recontrust Company and Bank of America, N.A.*

**IT IS SO ORDERED.**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**
**DATED:   October 6, 2015**

{36302479;1}