DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
**AKERMAN LLP**
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: rebekkah.bodoff@akerman.com
Email: karen.whelan@akerman.com

*Attorneys for Bank of America, N.A. and ReconTrust Company, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PATRICK BERGSRUD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. as Successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP; SAXON MORTGAGE CO., a Foreign Corporation; RECONTRUST CO., a Foreign Corporation; OCWEN FINANCIAL CORPORATION, a Financial Corporation; DOES 1-X; ROES 1-X Corporations,<br><br>Defendants. | Case No. 2:14-cv-01592-RFB-GWF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

PLEASE TAKE NOTICE that Bank Of America, N.A. and ReconTrust Company, N.A., hereby provide notice that Matthew I. Knepper, Esq., is no longer associated with the law firm of Akerman LLP.

…

…

…

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Akerman LLP continues to serve as counsel for Bank Of America, N.A. and ReconTrust Company, N.A. in this action. All future correspondence and papers in this action should continue to be directed to Darren T. Brenner, Esq., Rebekkah B. Bodoff, Esq. and Karen Whelan, Esq., and should receive all future notices.

DATED this 11th day of October, 2017.

**AKERMAN LLP**

*/s/ Karen A. Whelan, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

*Attorneys for Bank of America, N.A. and ReconTrust Company, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

*George Foley Jr.*
UNITED STATES MAGISTRATE JUDGE

October 12, 2017
DATED

**AKERMAN LLP**
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of AKERMAN LLP, and that on this 11th day of October, 2017, I caused to be served a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**, via this Court's CM/ECF electronic filing system to the following:

| | |
|---|---|
| Patricia A. Marr, Esq.<br>**PATRICIA A. MARR, LTD.**<br>9484 S. Eastern Avenue, Suite 399<br>Las Vegas, Nevada 89123<br><br>*Attorney for Plaintiff* | Edgar C. Smith, Esq.<br>Dana Jonathon Nitz, Esq.<br>Matthew S. Carter, Esq.<br>Christopher L. Benner, Esq.<br>**WRIGHT FINLAY & ZAK, LLP**<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, NV 89117<br><br>*Attorneys for Saxon Mortgage Company* |

*/s/ Allen G. Stephens*
An employee of AKERMAN LLP

3