1  DARREN T. BRENNER, ESQ.
   Nevada Bar No. 8386
2  REBEKKAH B. BODOFF, ESQ.
   Nevada Bar No. 12703
3  KAREN A. WHELAN, ESQ.
   Nevada Bar No. 10466
4  AKERMAN LLP
   1160 Town Center Drive, Suite 330
5  Las Vegas, Nevada 89144
   Telephone: (702) 634-5000
6  Facsimile: (702) 380-8572
   Email: darren.brenner@akerman.com
7  Email: rebekkah.bodoff@akerman.com
   Email: karen.whelan@akerman.com

*Attorneys for Bank of America, N.A. and ReconTrust Company, N.A.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PATRICK BERGSRUD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A. as Successor by merger to BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP; SAXON MORTGAGE CO., a Foreign Corporation; RECONTRUST CO., a Foreign Corporation; OCWEN FINANCIAL CORPORATION, a Financial Corporation; DOES 1-X; ROES 1-X Corporations,<br><br>Defendants. | Case No. 2:14-cv-01592-RFB-GWF<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

PLEASE TAKE NOTICE that Bank Of America, N.A. and ReconTrust Company, N.A., hereby provide notice that Allison R. Schmidt, Esq., is no longer associated with the law firm of Akerman LLP.

…

…

…

43517136;1

Akerman LLP continues to serve as counsel for Bank Of America, N.A. and ReconTrust Company, N.A. in this action. All future correspondence and papers in this action should continue to be directed to Darren T. Brenner, Esq., Rebekkah B. Bodoff, Esq. and Karen Whelan, Esq., and should receive all future notices.

DATED this 30th day of November, 2017.

**AKERMAN LLP**

*/s/ Karen A. Whelan, Esq.*
DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
REBEKKAH B. BODOFF, ESQ.
Nevada Bar No. 12703
KAREN A. WHELAN, ESQ.
Nevada Bar No. 10466
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
*Attorneys for Bank of America, N.A. and ReconTrust Company, N.A.*

**COURT APPROVAL**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

December 1, 2017
_____
DATED

2

43517136;1

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th day of November, 2017 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system and/or deposited for mailing in the U.S. Mail a true and correct copy of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST**, addressed to

Patricia A. Marr, Esq.
**Patricia A. Marr, Ltd.**
9484 S. Eastern Ave., Suite 399
Las Vegas, Nevada 89123
*Attorney for Plaintiff*

Edgar C. Smith, Esq.
Dana Jonathon Nitz, Esq.
Matthew S. Carter, Esq.
Christopher L. Benner, Esq.
**Wright Finlay & Zak, LLP**
7785 W. Sahara Ave., Ste. 200
Las Vegas, NV 89117
*Attorneys for Saxon Mortgage Company*

    */s/ Doug J. Layne*_____
    An employee of AKERMAN LLP

3

43517136;1